

# United States District Court
## Eastern District of California

Lionel Williams Seals, Jr.

Plaintiff(s)

V.

Safety Holdings, Inc. d/b/a SambaSafety

Defendant(s)

Case Number: 2:25-cv-02960-DJC-CSK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, McKenzie Czabaj hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Lionel Williams Seals, Jr.

On June 10, 2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Alvarez, Angela v. Equifax Information Services, LLC, et al., Case No. 2:25-cv-00937
Filed on April 1, 2025 - Granted on April 2, 2025

Date: October 29, 2025        Signature of Applicant: /s/ McKenzie Czabaj

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | McKenzie Czabaj |
| Law Firm Name: | Consumer Justice Law Firm PLC |
| Address: | 8095 North 85th Way |
| City: | Scottsdale     State: AZ     Zip: 85258 |
| Phone Number w/Area Code: | (480) 626-2376 |
| City and State of Residence: | Glendale, Arizona |
| Primary E-mail Address: | mczabaj@consumerjustice.com |
| Secondary E-mail Address: | eservice@consumerjustice.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jenna Dakroub |
| Law Firm Name: | Consumer Justice Law Firm PLC |
| Address: | 16130 Ventura Boulevard |
| | Suite 300 |
| City: | Encino     State: CA     Zip: 91316 |
| Phone Number w/Area Code: | (602) 807-1525     Bar # 350170 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 31, 2025           /s/ Daniel J. Calabretta
                                  JUDGE, U.S. DISTRICT COURT