

# United States District Court
# Eastern District of California

| LIONEL WILLIAMS SEALS, JR., | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 2:25-CV-02960-DJC-CSK |
| V. | | |
| SAFETY HOLDINGS INC. D/B/A SAMBASAFETY, | APPLICATION FOR PRO HAC VICE AND ORDER | |
| Defendant(s) | | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Timothy J. St. George hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Safety Holdings Inc. d/b/a SambaSafety

On October 27, 2008 (date), I was admitted to practice and presently in good standing in the Supreme Court of Virginia at Richmond (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Bokelman v. Safety Holdings, Inc., 2:24-cv-00728-DC-JDP; application granted July 8, 2024

Date: November 18, 2025         Signature of Applicant: /s/ Timothy J. St. George
                                                           Timothy J. St. George

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Timothy J. St. George |
| Law Firm Name: | TROUTMAN PEPPER LOCKE LLP |
| Address: | 1001 Haxall Point, Suite 1500 |
| City: | Richmond    State: VA    Zip: 23219 |
| Phone Number w/Area Code: | 804.697.1254 |
| City and State of Residence: | Richmond, VA |
| Primary E-mail Address: | Timothy.St.George@troutman.com |
| Secondary E-mail Address: | Timothy.St.George@troutman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Elizabeth Holt Andrews, |
| Law Firm Name: | TROUTMAN PEPPER LOCKE LLP |
| Address: | Three Embarcadero Center, Suite 800 |
| City: | San Francisco    State: CA    Zip: 94111-4057 |
| Phone Number w/Area Code: | 415.477.5700    Bar # 263206 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 18, 2025

*[signature]*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE